Debtor's Name, Address & Telephone No.

Kole Thomas Strebel
4525 So dean Martin Dr. #1009
Las Vegas, NV, 89103
702-353-6009

RECEIVED & FILED

JAN 3  2 48 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

Kole Thomas Strebel

Debtor(s)

Case No. BK-S-09-27786-BAM

Chapter ☒ 7  ☐ 13

Hearing Date: Feb 22nd, 2011
Time: 2:30

## MOTION TO SELL REAL PROPERTY

1. The Debtor files this motion in order to sell the following real property (the "Property"):

   Street Address: 1955 Orchard Mist St.
   City, State, Zip Code: Las Vegas, NV, 89135

2. ☐ Debtor claims a homestead exemption in the Property under N.R.S. § 21.090 and N.R.S. § 115.010.

3. Exemption amount claimed on Schedules: $ _____.

4. Debtor has received an offer to purchase the Property.

   a. The Property sales price is $ _____. (Attach copy of purchase agreement and earnest money receipt as exhibit).

Motion To Sell Real Property, September 30, 2004
© Clark County Legal Services Program, Inc.
ALL RIGHTS RESERVED

This pleading is for educational purposes only and should not be relied upon as legal authority. Reference should be made to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and other applicable law.

1

b. Escrow is scheduled to close on _____ *(date)*.

c. Total closing costs, brokerage fees, real estate commissions, etc. are $ _____.

5. The Property is encumbered with the following liens *(list mortgages and other liens in order of priority)*:

| Lender Name | Principal Balance |
|---|---|
| 1st: The Bank of New York (B of A) | $1,300,000.00 (Estimate) |
| 2nd: E-trade Line of Credit | $240,000.00 (Estimate) |
| 3rd: | |
| 4th: | |
| Total liens: 1st & 2nd Mortgage | $1,540,000.00 (Estimate) |

6. The funds from the sale shall be applied to each lienholder in order of priority in accordance with the beneficiary statement.

7. ☐ Any remaining funds, up to the maximum exemption amount of $200,000, shall be turned over to the Debtors as and for their homestead

*and/or*

☐ The title company shall turn over to the Chapter 13 Trustee $ _____ to cure plan payment arrears and/or to complete the Chapter 13 plan.

8. ☒ Other information: _No None_____.

9. If a Chapter 7 case, the Debtor must obtain signature of Chapter 7 trustee on the proposed order.

Therefore, pursuant to 11 U.S.C. § 363, the Debtor requests that the Court grant the Motion to Sell Real Property.

Date: 1/3/10

_____
*Debtor's signature*

Motion To Sell Real Property, September 30, 2004
© Clark County Legal Services Program, Inc.
ALL RIGHTS RESERVED

This pleading is for educational purposes only and should not be relied upon as legal authority. Reference should be made to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and other applicable law.

2